No. 132. YUEN KAM CHUEN ET AL. *v.* ESPERDY, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Abraham Lebenkoff* and *Jules E. Coven* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for respondent.

No. 210. PARMAN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Daniel A. Rezneck* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 311. CONLEY ELECTRONICS CORP., DBA TELEPROMPTER OF LIBERAL, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. *John P. Cole, Jr.,* and *Alan Raywid* for petitioner. *Solicitor General Griswold, Assistant Attorney General Zimmerman, Howard E. Shapiro, Henry Geller,* and *John H. Conlin* for respondents.

No. 303. PARKS *v.* SIMPSON TIMBER CO. ET AL.; and
No. 322. SIMPSON TIMBER CO. *v.* PARKS ET AL. C. A. 9th Cir. Motion in No. 303 to use record in No. 1335, October Term, 1966, granted. Certiorari denied. *Eugene Gressman* for petitioner in No. 303. *Kenneth E. Roberts* and *Albert Brick* for petitioner in No. 322 and for respondent Simpson Timber Co. in No. 303.